UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MEJIA ROMERO,<br><br>        Plaintiff(s),<br><br>  v.<br><br>BEAVEX, INC.,<br><br>        Defendant(s). | No. 3:13-cv-00068 JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on April 19, 2013, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present. IT IS HEREBY ORDERED that Plaintiff appear on **May 10, 2013, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on April 19, 2013, for failure to prosecute this action, and for failure to comply with the Court's order dated January 7, 2013. A case management conference is also scheduled for May 10, 2013, at 1:30 p.m.

IT IS SO ORDERED.

Dated: April 22, 2013

                                                JOSEPH C. SPERO<br>
                                                United States Magistrate Judge